COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARTIN W. COHEN, MARTIN W. COHEN & CO., AND NEHOC ADVISORS, INC., | § | No. 08-12-00238-CV |
| | § | Appeal from the |
| Appellants, | § | County Court Number at Law #6 |
| v. | § | of El Paso County, Texas |
| FRED LOYA INSURANCE AGENCY, INC. AND LOYA INSURANCE COMPANY, | § | (TC# 2009-873) |
| | § | |
| Appellees. | § | |

## MEMORANDUM   OPINION

This case is before the Court on our own motion to determine whether it should be dismissed for lack of jurisdiction.   Because there is no appealable order and for want of prosecution, we will dismiss.

The Clerk of this Court notified Appellant that there did not appear to be an appealable order and/or judgment, and that the Court therefore intended to dismiss the appeal for lack of jurisdiction unless any party could show grounds for continuing the appeal.   The letter advised that unless any party could show grounds for continuing the appeal within ten days from the date of the letter that the matter would be submitted for dismissal.   The letter also advised that the docketing statement needed to be filed within ten (10) days of the date of the letter pursuant to TEX.R.APP.P. 32.   No party responded to the letter and no docketing statement has been prepared.

A second letter was sent to Appellant on July 19, 2012, advising that the filing fee of

$175.00 would need to be paid by August 8, 2012.   No filing fee has been paid as of that date. Appellant was advised that failure to pay the required filing fee may result in dismissal of the case.

Pursuant to Tex.R.App.P. 42.3 (a), (b), and (c), we dismiss this case for lack of jurisdiction and for want of prosecution.


August 22, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

2